**Opinion issued November 18, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-25-00012-CV

———————————————

**DEONSHA M. CARTWRIGHT, Appellant**

**V.**

**THE CITY OF HOUSTON, Appellee**

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-27644**

---

## MEMORANDUM OPINION

Appellant Deonsha M. Cartwright has filed an unopposed motion to dismiss the appeal because she has reached an agreement to settle all issues in dispute in the underlying suit. We grant the motion.

We dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Morgan and Dokupil.